UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Evelyn Gonzalez, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

CCS Credit Collection Services,

                Defendant.

Docket No: 2:17-cv-05496-SJF-AYS

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: June 5, 2018

| | |
|---|---|
| **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** | **BARSHAY SANDERS, PLLC** |
| By: /s Joseph Hess | By: /s Craig B. Sanders |
| Joseph Hess, Esq. | Craig B. Sanders |
| 88 Pine St, 21st Floor | 100 Garden City Plaza, Suite 500 |
| New York, New York 10005 | Garden City, New York 11530 |
| Tel: (212) 376-6438 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 112302 |
| | *Attorneys for Plaintiff* |